IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL T. FIELDS, | § | |
| | § | |
| Defendant Below, | § | No. 336, 2025 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1103022081 (N) |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: October 2, 2025
Decided: December 9, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the opening brief, motion to affirm, and the record on appeal, the Court concludes that the judgment below should be affirmed on the basis of the Superior Court's June 30, 2025 order denying the appellant's motions for correction of an illegal sentence.[1]

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED, and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Chief Justice

---

[1] *State v. Fields*, 2025 WL 1823775 (Del. Super. Ct. June 30, 2025).